David Witherspoon, Esq.
Attorney At Law
10 Hill Street- Suite 20Y
Newark, NJ 07102
973-991-0736

United States Bankruptcy Court

District of New Jersey

In Re:	Trevor Chin	}	Case No 15-33276
	Debtors	}
		}	Chapter 13

_____

Debtor(s) Certification

I Trevor Chin, the debtor certifies under penalty of law for any false and misleading statements.

1. Rushmore Loan Management has just approved my loan modification. They will be rolling/ cancelling the arrears of $58,387.06 filed as proof of claim number 4.
2. I just sent the signed documents to my bankruptcy attorney. He should have them by Tuesday September 13, 2016.
3. This reduction of the proof of claim should allow me to complete my plan payments without any increase.

Therefore I ask the Court to grant my attorney time to file a motion to approve the loan modification and not dismiss my case.

/s/ Trevor Chin

Trevor Chin	September 12 2016