| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |  |
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on September 16, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>     TREVOR CHIN | Case No.:  15-33276 VFP<br><br>Hearing Date:  9/15/2016 |

## INTERIM ORDER ON TRUSTEE'S MOTION TO DISMISS

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: September 16, 2016**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s): TREVOR CHIN

Case No.: 15-33276

Caption of Order: INTERIM ORDER ON TRUSTEE'S MOTION TO DISMISS

THIS MATTER having come before the Court on 09/15/2016 on notice to DAVID JEROME WITHERSPOON, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to pay $1,860.00 by 9/30/2016 or the case will be dismissed; and it is further

- ORDERED, that if satisfied, the Motion will be adjourned to 10/6/2016 at 11:00 AM.