| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on November 21, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>    TREVOR CHIN | Case No.:  15-33276 VFP<br><br>Hearing Date:  11/17/2016 |

# INTERIM ORDER ON TRUSTEE'S MOTION TO DISMISS

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: November 21, 2016**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s): TREVOR CHIN

Case No.: 15-33276

Caption of Order: INTERIM ORDER ON TRUSTEE'S MOTION TO DISMISS

---

   THIS MATTER having come before the Court on 11/17/2016 on notice to DAVID JEROME WITHERSPOON, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file a motion addressing the mortgage Proof of Claim by 11/28/2016 or the case will be dismissed; and it is further

- ORDERED, that if the Court's docket does not reflect that a motion addressing the mortgage proof of claim has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney; and it is further

- ORDERED, that if satisfied, the Motion will be adjourned to 12/15/2016 at 11:00 am.