UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

David Witherspoon
Attorney At Law
10 Hill Street- Suite 20Y
Newark, NJ 07102
973-489-9005

Order Filed on January 26, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Trevor Chin

Case No.:   15-33276

Adv. No.:

Hearing Date

Judge:  Vincent F Papalia

## ORDER EXPUNGING CLAIM NUMBER 4
## RUSHMORE LOAN MANAGEMENT SERVICES

The relief set forth on the following pages, numbered two (2) through ____2____ is hereby **ORDERED**.

**DATED: January 26, 2017**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Case #     15-33276
Debtor:    Trevor Chin

Upon the Motion by David Witherspoon, Attorney for the Debtor, and after a Notice and Hearing;

There being no objections, it is hereby, ORDERED THAT

The Proof of Claim number 4-1 for Rushmore Loan Management Services is reduced

From $58,387.06 to $0.