UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

David Witherspoon
Attorney At Law
10 Hill Street- Suite 20Y
Newark, NJ 07102
973-489-9005

Order Filed on January 26, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Trevor Chin

Case No.:  15-33276

Adv. No.:

Hearing Date

Judge:  Vincent F Papalia

## ORDER EXPUNGING CLAIM NUMBER 4
## RUSHMORE LOAN MANAGEMENT SERVICES

The relief set forth on the following pages, numbered two (2) through _____2____ is hereby **ORDERED**.

**DATED: January 26, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Case #   15-33276
Debtor:  Trevor Chin

Upon the Motion by David Witherspoon, Attorney for the Debtor, and after a Notice and Hearing;

There being no objections, it is hereby, ORDERED THAT

The Proof of Claim number 4-1 for Rushmore Loan Management Services is reduced

From $58,387.06 to $0.

United States Bankruptcy Court
District of New Jersey

In re:  
Trevor Chin  
    Debtor

Case No. 15-33276-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jan 30, 2017  
Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2017.  
db      +Trevor Chin,    180 Lexington Ave502,    Paterson, NJ 07502-1610

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2017          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2017 at the address(es) listed below:  
    David Jerome Witherspoon    on behalf of Debtor Trevor Chin daveslaw321@gmail.com, prissycatina@yahoo.com  
    Denise E. Carlon    on behalf of Creditor    MTGLQ Investors, LP dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Marie-Ann Greenberg    magecf@magtrustee.com  
    TOTAL: 3