# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−33276−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Trevor Chin
   180 Lexington Ave502
   Paterson, NJ 07502

Social Security No.:
   xxx−xx−4880

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on March 24, 2016.

On 2/2/2017 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:    March 2, 2017
Time:    10:00 AM
Location:    Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: February 3, 2017
JAN: rh

    Jeanne Naughton
    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 15-33276-VFP
Trevor Chin                                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Feb 03, 2017
                              Form ID: 185             Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2017.
```
db              +Trevor Chin,    180 Lexington Ave502,    Paterson, NJ 07502-1610
515968062       +Bushkill Group,    PO BOX 447,    Bushkill, PA 18324-0447
515900337       +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
515900338       +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
515900348      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                (address filed with court: Webbank/Dfs,    1 Dell Way,    Round Rock, TX 78682)
516124147       +MTGLQ Investors, LP,    c/o Rushmore Loan Management Services,    P.O. Box 55004,
                 Irvine, CA 92619-5004
515900341       +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
515900342        PSE & G,    Bankruptcy Dept,    PO Box 940,    Cranford, NJ 07016
515900343       +Resorts Usa,    Po Box 447,    Bushkill, PA 18324-0447
515900344       +Rushmore Loan Mgmt Ser,    15480 Laguna Canyon Rd S,    Irvine, CA 92618-2132
515900346       +Unvl/Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 03 2017 23:37:59     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 03 2017 23:37:55     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515900339       +E-mail/Text: mrdiscen@discover.com Feb 03 2017 23:37:19     Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
515900340        E-mail/Text: cio.bncmail@irs.gov Feb 03 2017 23:37:35     Internal Revenue Serivce,
                 PO Box 7346,    Philadelphia, PA  19101-7346
515900345       +E-mail/PDF: gecsedi@recoverycorp.com Feb 03 2017 23:28:43     Syncb/Pc Richard,    Po Box 965036,
                 Orlando, FL 32896-5036
515900347       +E-mail/Text: vci.bkcy@vwcredit.com Feb 03 2017 23:38:04     Vw Credit Inc,    1401 Franklin Blvd,
                 Libertyville, IL 60048-4460
                                                                                              TOTAL: 6
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2017 at the address(es) listed below:
```
              David Jerome Witherspoon    on behalf of Debtor Trevor  Chin daveslaw321@gmail.com,
               prissycatina@yahoo.com
              Denise E. Carlon    on behalf of Creditor    MTGLQ Investors, LP dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
                                                                                             TOTAL: 3
```