Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.: 15−33276−VFP
                    Chapter: 13
                    Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Trevor Chin
   180 Lexington Ave502
   Paterson, NJ 07502

Social Security No.:
   xxx−xx−4880

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:       4/20/17
Time:      02:00 PM
Location:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
David Jerome Witherspoon, Debtor's Attorney

COMMISSION OR FEES
$2,025.00

EXPENSES
$15.00

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: March 9, 2017
JAN:

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 15-33276-VFP
Trevor Chin                                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin               Page 1 of 1               Date Rcvd: Mar 09, 2017
                              Form ID: 137              Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2017.
```
db              +Trevor Chin,    180 Lexington Ave502,    Paterson, NJ 07502-1610
515968062       +Bushkill Group,    PO BOX 447,    Bushkill, PA 18324-0447
515900337       +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
515900338       +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
515900348      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                 (address filed with court: Webbank/Dfs,    1 Dell Way,    Round Rock, TX 78682)
516124147       +MTGLQ Investors, LP,    c/o Rushmore Loan Management Services,    P.O. Box 55004,
                  Irvine, CA 92619-5004
515900341       +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
515900342        PSE & G,    Bankruptcy Dept,    PO Box 940,    Cranford, NJ 07016
515900343       +Resorts Usa,    Po Box 447,    Bushkill, PA 18324-0447
515900344       +Rushmore Loan Mgmt Ser,    15480 Laguna Canyon Rd S,    Irvine, CA 92618-2132
515900346       +Unvl/Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Mar 09 2017 22:53:56      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 09 2017 22:53:53      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
515900339       +E-mail/Text: mrdiscen@discover.com Mar 09 2017 22:53:20      Discover Fin Svcs Llc,
                  Po Box 15316,    Wilmington, DE 19850-5316
515900340        E-mail/Text: cio.bncmail@irs.gov Mar 09 2017 22:53:33      Internal Revenue Serivce,
                  PO Box 7346,    Philadelphia, PA  19101-7346
515900345       +E-mail/PDF: gecsedi@recoverycorp.com Mar 09 2017 22:49:47      Syncb/Pc Richard,    Po Box 965036,
                  Orlando, FL 32896-5036
515900347       +E-mail/Text: vci.bkcy@vwcredit.com Mar 09 2017 22:53:59      Vw Credit Inc,    1401 Franklin Blvd,
                  Libertyville, IL 60048-4460
                                                                                              TOTAL: 6
```

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 8, 2017 at the address(es) listed below:
```
              David Jerome Witherspoon    on behalf of Debtor Trevor  Chin daveslaw321@gmail.com,
               prissycatina@yahoo.com
              Denise E. Carlon    on behalf of Creditor   MTGLQ Investors, LP dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
                                                                                             TOTAL: 3
```