Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 15−33276−VFP
                Chapter: 13
                Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Trevor Chin
   180 Lexington Ave502
   Paterson, NJ 07502

Social Security No.:
   xxx−xx−4880

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/15/17.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 15, 2017
JAN: jf

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                   Case No. 15-33276-VFP
Trevor Chin                                                                              Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: May 15, 2017
                              Form ID: 148             Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2017.
```
db          +Trevor Chin,    180 Lexington Ave502,    Paterson, NJ 07502-1610
515968062   +Bushkill Group,    PO BOX 447,   Bushkill, PA 18324-0447
516124147   +MTGLQ Investors, LP,    c/o Rushmore Loan Management Services,    P.O. Box 55004,
              Irvine, CA 92619-5004
515900342    PSE & G,    Bankruptcy Dept,    PO Box 940,   Cranford, NJ 07016
515900343   +Resorts Usa,    Po Box 447,   Bushkill, PA 18324-0447
515900344   +Rushmore Loan Mgmt Ser,    15480 Laguna Canyon Rd S,    Irvine, CA 92618-2132
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov May 15 2017 22:12:40      U.S. Attorney,    970 Broad St.,
              Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 15 2017 22:12:39      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
515900337   +EDI: CHASE.COM May 15 2017 21:58:00      Chase Card,    Po Box 15298,   Wilmington, DE 19850-5298
515900338   +EDI: CITICORP.COM May 15 2017 21:58:00      Citi,    Po Box 6241,   Sioux Falls, SD 57117-6241
515900348    EDI: RCSDELL.COM May 15 2017 21:58:00      Webbank/Dfs,    1 Dell Way,   Round Rock, TX 78682
515900339   +EDI: DISCOVER.COM May 15 2017 21:58:00      Discover Fin Svcs Llc,    Po Box 15316,
              Wilmington, DE 19850-5316
515900340    EDI: IRS.COM May 15 2017 21:58:00      Internal Revenue Serivce,    PO Box 7346,
              Philadelphia, PA   19101-7346
515900341   +EDI: TSYS2.COM May 15 2017 21:58:00      Mcydsnb,    9111 Duke Blvd,   Mason, OH 45040-8999
515900345   +EDI: RMSC.COM May 15 2017 21:58:00      Syncb/Pc Richard,    Po Box 965036,
              Orlando, FL 32896-5036
515900346   +EDI: CITICORP.COM May 15 2017 21:58:00      Unvl/Citi,    Po Box 6241,
              Sioux Falls, SD 57117-6241
515900347   +E-mail/Text: vci.bkcy@vwcredit.com May 15 2017 22:12:44      Vw Credit Inc,    1401 Franklin Blvd,
              Libertyville, IL 60048-4460
                                                                                              TOTAL: 11
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2017 at the address(es) listed below:
```
              David Jerome Witherspoon    on behalf of Debtor Trevor  Chin daveslaw321@gmail.com,
               prissycatina@yahoo.com
              Denise E. Carlon    on behalf of Creditor   MTGLQ Investors, LP dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
                                                                                             TOTAL: 3
```