Form order – ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  15−33276−VFP
        Chapter:  13
        Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Trevor Chin
   180 Lexington Ave502
   Paterson, NJ 07502

Social Security No.:
   xxx−xx−4880

Employer's Tax I.D. No.:

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

     Please be advised that on May 15, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 70 − 67
Order Dismissing Case for Debtor (related document:67 Certification of Default of Standing Trustee filed by Trustee Marie−Ann Greenberg). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/15/2017. (jf)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: May 15, 2017
JAN: jf

                          Jeanne Naughton
                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 15-33276-VFP
Trevor Chin                                                              Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin            Page 1 of 1        Date Rcvd: May 15, 2017
                        Form ID: orderntc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2017.
db             +Trevor Chin,    180 Lexington Ave502,    Paterson, NJ 07502-1610

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2017 at the address(es) listed below:
     David Jerome Witherspoon    on behalf of Debtor Trevor  Chin daveslaw321@gmail.com, prissycatina@yahoo.com
     Denise E. Carlon    on behalf of Creditor   MTGLQ Investors, LP dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
     Marie-Ann  Greenberg    magecf@magtrustee.com
                                                                                                               TOTAL: 3